| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 02/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Woodlands HOA Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | D | Dividend | N | T | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Doubleline Low Duration | A | Dividend | M | T | Buy | 10/17/17 | M | | |
| 4. -Double Line Total Return | A | Dividend | | | Sold | 10/18/17 | J | | |
| 5. -First Eagle Global Funds | C | Dividend | L | T | Buy | 10/17/17 | K | | |
| 6. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 7. -FPA Crescent | A | Dividend | K | T | | | | | |
| 8. -FPA New Income | A | Dividend | L | T | Buy | 10/17/17 | L | | |
| 9. -Pimco Mortgage Opps | A | Dividend | L | T | Buy | 10/17/17 | L | | |
| 10. -Wells Fargo Strategic Muni Bond | A | Dividend | L | T | Buy | 10/17/17 | L | | |
| 11. | | | | | Sold (part) | 01/24/17 | J | | |
| 12. | | | | | Sold (part) | 04/24/17 | J | | |
| 13. | | | | | Sold (part) | 07/24/17 | J | | |
| 14. IRA#1 | | | | | | | | | |
| 15. -USB Liquid Assets Fd | A | Dividend | J | T | | | | | |
| 16. -Bank of America Corp. Preferred 6.625% | B | Dividend | K | T | | | | | |
| 17. -Citigroup Preferred 6.875% | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FPA Crescent | C | Dividend | L | T | Sold (part) | 10/10/17 | K | D | |
| 19. -FPA New Income | B | Dividend | L | T | Buy | 03/09/17 | L | | |
| 20. | | | | | Buy (add'l) | 10/10/17 | K | | |
| 21. -Guggenheim Macro Opp | B | Dividend | L | T | Buy | 03/20/17 | L | | |
| 22. -HSBC Holdings 8.0% | B | Dividend | K | T | | | | | |
| 23. -Matthews Asia | C | Dividend | L | T | Buy (add'l) | 08/17/17 | J | | |
| 24. -MFS Intl. Value | B | Dividend | M | T | | | | | |
| 25. -Morgan Stanley Ser | B | Dividend | K | T | | | | | |
| 26. -PIMCO All Assets | C | Dividend | L | T | Buy (add'l) | 10/17/17 | K | | |
| 27. -Prudential St. Corp Bond | A | Dividend | | | Sold | 03/09/17 | L | | |
| 28. -Regions Fn'l Corp | A | Dividend | | | Sold | 10/10/17 | K | | |
| 29. -Sp;ider S&P 500 ETF | B | Dividend | L | T | | | | | |
| 30. -TCW total Return Bd. | A | Dividend | | | Sold | 03/21/17 | K | | |
| 31. -Vanguard Index SM Cap | A | Dividend | K | T | | | | | |
| 32. -Wisdomtree Tr Midcap | B | Dividend | K | T | | | | | |
| 33. IRA #2 | | | | | | | | | |
| 34. -UBS Bank USA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Accenture PLC Ireland CL A | A | Dividend | J | T | Buy (add'l) | 08/10/17 | J | | |
| 36. | | | | | Sold (part) | 09/21/17 | J | A | |
| 37. | | | | | Sold (part) | 10/18/17 | J | A | |
| 38. | | | | | Sold (part) | 12/18/17 | J | A | |
| 39. -Advansix Inc (Cash in Lieu) | A | Dividend | | | | | | | |
| 40. -Adobe Systems Inc. (Delaware) | A | Dividend | J | T | Buy (add'l) | 08/10/17 | J | | |
| 41. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 42. | | | | | Sold (part) | 04/18/17 | J | A | |
| 43. -Alphabet Inc CL A | A | Dividend | J | T | Buy (add'l) | 03/24/17 | J | | |
| 44. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 45. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 46. | | | | | Sold (part) | 04/18/17 | J | A | |
| 47. -Ameriprise Financial Inc. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 48. | | | | | Sold (part) | 08/10/17 | J | A | |
| 49. -Amerisourcebergen corp. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 50. | | | | | Sold (part) | 08/10/17 | J | | |
| 51. | | | | | Sold (part) | 09/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Tower Credit REIT | A | Dividend | J | T | Buy | 03/20/17 | J | | |
| 53. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 54. | | | | | Sold (part) | 08/10/17 | J | A | |
| 55. -Becton Dickinson & Co | A | Dividend | | | Sold | 03/20/17 | J | A | |
| 56. -Blackrock Inc. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 57. | | | | | Sold (part) | 08/10/17 | J | A | |
| 58. -Colgate Palmolive Co. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 59. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 60. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 61. | | | | | Sold (part) | 08/10/17 | J | A | |
| 62. -Comcast Corp New Clk | A | Dividend | J | T | Buy (add'l) | 09/21/17 | J | | |
| 63. | | | | | Sold (part) | 04/18/17 | J | A | |
| 64. | | | | | Sold (part) | 08/10/17 | J | A | |
| 65. -CVS Health Corp. | A | Dividend | | | Buy (add'l) | 04/18/17 | J | | |
| 66. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 67. | | | | | Sold (part) | 08/10/17 | J | | |
| 68. | | | | | Sold (part) | 10/18/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/18/17 | J | | |
| 70.  -Danaher Corp. | A | Dividend | J | T | Sold (part) | 08/10/17 | J | A | |
| 71.  -Ecolab Inc. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 72. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 73. | | | | | Sold (part) | 08/10/17 | J | A | |
| 74. | | | | | Sold (part) | 09/21/17 | J | A | |
| 75.  -Facebook Inc. | A | Dividend | J | T | Buy (add'l) | 08/10/17 | J | | |
| 76. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 77. | | | | | Sold (part) | 09/21/17 | J | A | |
| 78. | | | | | Sold (part) | 12/18/17 | J | A | |
| 79.  -Fortive (spinoff ffrom Danaher) | | | | | Sold (part) | 08/10/17 | J | A | |
| 80.  -Home Depot Inc. | A | Dividend | J | T | Buy (add'l) | 09/21/17 | J | | |
| 81. | | | | | Sold (part) | 08/10/17 | J | A | |
| 82.  -Honeywell Intl. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 83. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 84.  -Intercontinental Exchange Grp | A | Dividend | J | T | Buy (add'l) | 12/20/17 | J | | |
| 85. | | | | | Sold (part) | 04/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/10/17 | J | A | |
| 87. -Invesco Ltd | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 88. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 89. | | | | | Sold (part) | 08/10/17 | J | | |
| 90. -Lowes Companies Inc | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 92. | | | | | Sold (part) | 12/18/17 | J | A | |
| 93. -Metronic PLC | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 94. | | | | | Sold (part) | 08/10/17 | J | A | |
| 95. -Mondelez Intl | A | Dividend | J | T | Buy | 05/15/17 | J | | |
| 96. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 97. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 98. | | | | | Sold (part) | 08/10/17 | J | | |
| 99. -Myland N V Eur De | A | Dividend | | | Buy (add'l) | 04/18/17 | J | | |
| 100. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 101. | | | | | Sold (part) | 08/10/17 | J | | |
| 102. | | | | | Sold | 09/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -OReilly Automotive Inc. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 104. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 105. | | | | | Sold (part) | 12/18/17 | J | A | |
| 106. -Parexel Intl. | A | Dividend | | | Sold | 03/20/17 | J | | |
| 107. -Parker Hannifin Corp. | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 108. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 109. | | | | | Sold (part) | 12/18/17 | J | A | |
| 110. -Red Hat Inc. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 111. | | | | | Sold (part) | 08/10/17 | J | A | |
| 112. -Rockwell Automation Inc. | A | Dividend | J | T | Sold (part) | 04/18/17 | J | A | |
| 113. | | | | | Sold (part) | 08/10/17 | J | A | |
| 114. -Rockwell Collins | A | Dividend | | | Sold | 09/21/17 | J | A | |
| 115. -Schlumberger LTD | A | Dividend | J | T | Buy | 09/20/17 | J | | |
| 116. | | | | | Buy (add'l) | 09/21/17 | J | | |
| 117. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 118. -Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 03/24/17 | J | | |
| 119. | | | | | Buy (add'l) | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 04/18/17 | J | A | |
| 121. | | | | | Sold (part) | 08/10/17 | J | A | |
| 122.  -Thermo Risher Scientific | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 123. | | | | | Sold (part) | 08/10/17 | J | A | |
| 124.  -Time Warner Inc. | A | Dividend | | | Sold (part) | 04/18/17 | J | A | |
| 125. | | | | | Sold | 05/15/17 | J | A | |
| 126.  -TJX Cos. Inc. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 127. | | | | | Sold (part) | 08/10/17 | J | A | |
| 128.  -United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 129. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 130. | | | | | Sold (part) | 08/10/17 | J | A | |
| 131. | | | | | Sold (part) | 09/21/17 | J | | |
| 132.  -VISA Inc. CL A | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 133. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 134. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 135. | | | | | Sold (part) | 09/21/17 | J | A | |
| 136.  -Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/18/17 | J | A | |
| 138. | | | | | Sold (part) | 08/10/17 | J | A | |
| 139. | | | | | Sold (part) | 09/21/17 | J | A | |
| 140.  West Des Moines State Bank | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 02/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Due to an error in the report from the broker, five assets shown as partial sales in the 2016 report should have been full sales. In the 2016 Report, line 63, Apple, Inc. should have been shown as sold; line 66, Boeing Company should have been shown as sold; line 67 Cognizant Tech Solutions should have been shown as sold; line 84, Hilton Worldwide Holdings should have been shown as sold; line 89, Illinois Toolworks, Inc. should have been show as sold.

Due to an error in the report from the broker, the Fortive (spinoff from Danaher) should not have been included because it was completely sold July 11, 2016 with a value code J and a gain A.

Due to an error in the report from the broker, the Advansix Inc (Cash in Lieu) should not have been included because it was completely sold October 3, 2016 with a value code J and a gain A.

The Franklin Value Invs Tr asset at line 27 on the 2016 amend report had been completely sold many years earlier, apparently April 19, 2006, with a value code of K and a gain of B, and had remained in the report perhaps due to the process of using prior reports as a basis for new reports.

The FPA Crescent asset at line 29 of the 2016 amended report appears at line 18 of the 2017 report.

Due to an error in the report from the broker, the Spider S&P Div. asset should have been shown on the 2016 amended report, line 47, as completely sold on January 21, 2016 with a value code L and gain A, thus it was not included on the 2017 report.

Due to an error in the report from the broker, the McKesson Corp. asset should have been shown on the 2016 amended report, line 96, as completely sold on November 18, 2016 with a value code of J and no gain, thus it was not included on the 2017 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544